EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Carmelo Campos Cruz | 2006 TSPR 161<br><br>169 DPR \_\_\_\_ |

Número del Caso: TS-11041

Fecha: 3 de noviembre de 2006

Abogados de la Parte Peticionaria:

        Lcdo. Virgilio Mainardi Peralta
        Lcdo. Luis J. Marín Rodríguez

Oficina de Inspección de Notarías:

        Lcda. Carmen H. Carlos
        Directora

Oficina del Procurador General:

        Lcda. Maite D. Oronoz Rodríguez
        Subprocuradora General

        Lcda. Miriam Soto Contreras
        Procuradora General Auxiliar

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

TS-11041

Carmelo Campos Cruz

RESOLUCION

San Juan, Puerto Rico, a 3 de noviembre de 2006.

Atendida la "Moción de Renuncia a Representación Legal" del 2 de octubre de 2006, se declara con lugar. Como se pide.

Evaluada la "Moción en Cumplimiento de Orden" del 29 de septiembre de 2006, presentada por la Oficina de Inspección de Notarías y la "Moción Informando Estado del Caso" del 6 de octubre de 2006, presentada por el Procurador General se ordena la reinstalación del licenciado Carmelo Campos Cruz solo al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo